**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DORIS WAYNE MALONE** | § | **PETITIONER** |
| | § | |
| v. | § | **CAUSE NO. 1:09CV333-LG-RHW** |
| | § | |
| **MDOC** | § | **RESPONDENT** |

## JUDGMENT

This matter having come on to be heard on the Proposed Findings of Fact and Recommendation of United States Magistrate Judge Robert H. Walker, [15], the Court, after a full review and consideration of the Proposed Findings of Fact and Recommendation, the record, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the [15] Proposed Findings of Fact and Recommendation of United States Magistrate Judge Robert H. Walker, entered on May 11, 2011, be, and the same is hereby, adopted as the finding of this Court. The Petition is hereby dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 31st day of May, 2011.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE